Núm. 1.—PUEBLO, querellante, v. THE FAJARDO SUGAR CO. OF. P. R., etc., dmdas.— Enero 18, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

VISTA la moción de la parte querellante por la que solicita qué por este tribunal se expida una orden dirigida a las demandadas para que inmediatamente permitan a la parte querellante hacer una inspección y para que le entreguen copia o le permitan sacarla, de todos los libros, papeles y documentos que se describen en la moción, los cuales, según se alega, están en posesión o bajo el control de dichas demandadas y contienen evidencia relativa a los méritos del procedimiento de Quo Warranto pendiente ante esta corte;

VISTA la decisión de la Corte Suprema de California en el caso de *Funkenstein* v. *Superior Court*, 23 Cal. App. 663, en la que dicha corte, al interpretar la Sección 1000 del Código de Enjuiciamiento Civil de California, que es idéntica al artículo 347 de nuestro Código, dijo:

"La Corte Suprema en *Ex parte Clark*, 126 Cal. 235, y la Corte de Apelaciones en *Kullman* v. *Superior Court*, 15 Cal. App. 276, han aplicado expresamente esta garantía constitucional a procedimientos bajo la Sección 1000 del Código de Enjuiciamiento Civil, resolviendo 'que en tales procedimientos se deben hacer constar los hechos esenciales, mediante prueba clara e inequívoca, como condición precedente al derecho de una Corte para requerir a una persona para que entregue para ser inspeccionados sus libros y papeles privados, a saber: (1) que tal persona tiene un libro, papel o documento que contiene evidencia mate-

rial en relación con las cuestiones de hecho (*issues*) ante la Corte; (2) que el preciso libro, papel o documento que contiene tal evidencia sea designado o descrito de modo tal que pueda ser identificado.' ''

POR CUANTO, las partes demandadas no han formulado aún sus contestaciones a la querella, no habiéndose establecido por tanto controversia alguna (*issue*) en cuanto a los hechos alegados como base del derecho que alega tener el querellante, por lo que esta corte carece de elementos suficientes para poder resolver sobre la pertinencia o materialidad de los libros, papeles y documentos cuya inspección se solicita;

SE DECLARA sin lugar por ahora la moción sobre inspección de libros, papeles y documentos de las demandadas, sin perjuicio del derecho de la parte querellante a reproducir dicha moción cuando y si lo creyere conveniente, después que se hayan establecido las cuestiones de hecho (*issues*) entre las partes.

Los Jueces Asociados señores Wolf y Córdova Dávila no intervinieron.